UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING, <br><br> Plaintiff, <br><br> v. <br><br> DARLENE J. PAISE et al., <br><br> Defendants. | Case No. 5:14-cv-01273-PSG <br><br> **ORDER RE NOTICE OF SETTLEMENT** <br><br> **(Re: Docket No. 21)** |

In light of the settlement reached in this case,[1] the court vacates all case management dates. The parties shall file a notice of dismissal by September 23, 2014 or show cause in writing why dismissal of this case for failure to prosecute is not warranted.

**IT IS SO ORDERED.**

Dated: September 9, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 21 at 1 ("2. Did the case settle?  Yes, fully.").